# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR604-27 |
| ) | |
| GARY ALEXANDER MATTHEWS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25th day of August, 2005.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

        vs.    *    CASE NO. CR604-27

Gary Matthews    *

   *

   *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 8-25-05, which is part of the official records of this case.

Date of Mailing:    8-25-05
Date of Certificate:    8-25-05

SCOTT L. POFF, CLERK

By _____

**NAME:**
1. Gary Matthews, Bulloch County Jail, UW Hwy 301 North, Statesboro, Ga. 30458
2. Hal Roach, Jr., P O Box 1105, Statesboro, Ga. 30459
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds